**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1527
_____

RICHARD BLAKE,

                    Plaintiff – Appellant,

          v.

BURGER KING CORP.,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.   (3:10-cv-00675-HEH)

_____

Submitted: August 18, 2011          Decided:  August 22, 2011

_____

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard Blake, Appellant Pro Se. Tyler Brown, JACKSON LEWIS, LLP, Reston, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Blake appeals the district court's order dismissing his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Blake v. Burger King Corp., No. 3:10-cv-00675-HEH (E.D. Va. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED